UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

JANICE MARIE BARBOUR                    CASE NO. 16-81130
9593-B HIGHWAY 96 N                     JUDGE BENJAMIN A. KAHN
OXFORD, NC  27565

    DEBTOR

SSN(1) XXX-XX-9781                       DATE:  07/19/2017

—  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —

REPORT OF FILED CLAIMS

—  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE AUTO FINANCE<br>% ASCENSION CAP GROUP<br>P O BOX 201347<br>ARLINGTON, TX  76006 | $23,111.21<br>INT: 5.50%<br>NAME ID: 91890<br>CLAIM #: 0001 | VEHICLE<br><br>ACCT: 1027<br>COMMENT: 11 CHEVROLET SILVERADO |
| CAPITAL ONE AUTO FINANCE<br>ASCENSION CAPITAL GROUP<br>P O BOX 165028<br>IRVING, TX  75016 | $0.00<br>INT: .00%<br>NAME ID: 279416<br>CLAIM #: 0012 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIDELITY BANK<br>110 SOUTH MAIN STREET<br>FUQUAY VARINA, NC  27526-2221 | $0.00<br>INT: .00%<br>NAME ID: 279678<br>CLAIM #: 0004 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GRANVILLE CO REGISTER OF DEEDS<br>P O BOX 427<br>OXFORD, NC  27565 | $52.00<br>INT: .00%<br>NAME ID: 10077<br>CLAIM #: 0013 | SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT:  RECORD NOTICE |
| GRANVILLE CO TAX COLLECTOR<br>P O BOX 219<br>OXFORD, NC  27565 | $1,375.76<br>INT: 9.00%<br>NAME ID: 21422<br>CLAIM #: 0002 | SECURED<br><br>ACCT: 4971<br>COMMENT: 2016 REAL PROPERTY TAX |
| GRANVILLE COUNTY TAX OFFICE<br>141 WILLIAMSBORO ST<br>P O BOX 219<br>OXFORD, NC  27565 | $0.00<br>INT: .00%<br>NAME ID: 246422<br>CLAIM #: 0005 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE (MD)<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 271565<br>CLAIM #: 0006 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MIDLAND CREDIT MNGMNT INC<br>AS AGENT FOR MIDLAND FUNDING LLC<br>P O BOX 2011<br>WARREN, MI  48090 | $3,818.31<br>INT: 5.50%<br>NAME ID: 265190<br>CLAIM #: 0009 | UNSECURED<br><br>ACCT: 4585<br>COMMENT: SYNCHRONY BANK/BELK |

PAGE 2  -  CHAPTER 13 CASE NO. 16-81130

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| NC DEPARTMENT OF JUSTICE | $0.00 | NOTICES ONLY |
| FOR NC DEPARTMENT OF REVENUE | INT: .00% | NOT FILED |
| POST OFFICE BOX 629 | NAME ID: 217981 | ACCT: |
| RALEIGH, NC  27602-0629 | CLAIM #: 0007 | COMMENT: |
| NC DEPARTMENT OF JUSTICE | $0.00 | NOTICES ONLY |
| FOR NC DEPARTMENT OF REVENUE | INT: .00% | NOT FILED |
| POST OFFICE BOX 629 | NAME ID: 217981 | ACCT: |
| RALEIGH, NC  27602-0629 | CLAIM #: 0010 | COMMENT: |
| SUNTRUST BANK | $0.00 | UNSECURED |
| ATTN: MANAGING AGENT | INT: 5.50% | NOT FILED |
| POST OFFICE BOX 305053 | NAME ID: 233193 | ACCT: |
| NASHVILLE, TN  37230-5053 | CLAIM #: 0008 | COMMENT: |
| THE FIDELITY BANK | $21,028.28 | SECURED |
| P O BOX 8 | INT: 5.50% | |
| FUQUAY VARINA, NC  27526 | NAME ID: 99241 | ACCT: 0209 |
| | CLAIM #: 0003 | COMMENT: 1ST DEED/TRUST (RES) |
| THE HONORABLE LORETTA LYNCH | $0.00 | NOTICES ONLY |
| U.S. DEPARTMENT OF JUSTICE | INT: .00% | NOT FILED |
| 950 PENNSYLVANIA AVE. NW | NAME ID: 264419 | ACCT: |
| WASHINGTON, DC  20530-0001 | CLAIM #: 0011 | COMMENT: |
| **TOTAL:** | **$49,385.56** | |
| JOHN T ORCUTT | $4,500.00 | ATTORNEY FEE |
| 6616-203 SIX FORKS ROAD | | |
| RALEIGH, NC  27615 | | |

RICHARD M. HUTSON, II
P. O. BOX 3613
DURHAM, NC  27702-3613

PAGE 3  -  CHAPTER 13 CASE NO. 16-81130

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

Clerk, U.S. Bankruptcy Court
101 S. Edgeworth Street
P.O. Box 26100
Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  07/19/2017                                    OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Qiana Michaux
Clerk
Chapter 13 Office
P. O. BOX 3613
DURHAM, NC  27702-3613

cc:  Debtor
Attorney for Debtor - Electronic Notice